FILED

05/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0661

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0661

STATE OF MONTANA,

　　　Plaintiff and Appellee,

v.

NANCY JEANNE CAHOON,

　　　Defendant and Appellant.

## ORDER

Upon consideration of the Appellant's Motion for Extension of Time, and good cause appearing therefor,

IT IS HERBY ORDERED that Appellant is granted an extension of time to and including June 3, 2024, within which to prepare, file and serve its reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 6 2024